**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DORA TIJERINA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| | § | **(JURY)** |
| SPINNAKER INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**<u>DEFENDANT SPINNAKER INSURANCE COMPANY'S</u> <u>NOTICE OF REMOVAL AND</u>**
**<u>DEMAND FOR JURY TRIAL</u>**

**TO THE HONORABLE UNITED STATES DISTRICT COURT**:

Defendant Spinnaker Insurance Company ("Spinnaker") files this Notice of Removal and Demand for Jury Trial of Cause No. DC-22-16589, *Dora Tijerina v. Spinnaker Insurance Company*, currently pending in the 162nd District Court, Dallas County, Texas. Spinnaker removes the case to the U.S. District Court for the Northern District of Texas, Dallas Division. As grounds for removal, Spinnaker states as follows:

**I.**
**OVERVIEW**

1. This case involves a dispute over insurance benefits under a Homeowners policy of insurance issued by Spinnaker to Plaintiff Dora Tijerina, for alleged storm damage to Plaintiff's home on March 14, 2022. (*See* Plaintiff's Petition, p. 2). Plaintiff commenced this action, styled *Dora Tijerina v. Spinnaker Insurance Company*, against Spinnaker by filing her Plaintiff's Original Petition on December 2, 2022 under Cause Number DC-22-16589 in the 162nd District Court, Dallas County, Texas. Plaintiff seeks

**NOTICE OF REMOVAL - PAGE 1**

to recover monetary damages from the Defendant in an amount of $250,000.00 or less. Spinnaker was served with Plaintiff's Petition on December 19, 2022 and filed its State Court answer on January 6, 2023. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). A true and correct copy of all process, pleadings, and the orders served upon Spinnaker in the state court action are being filed with this Notice as required by 28 U.S.C. § 1446(a), and are attached hereto as Exhibit "A".

## II.
## DIVERSITY JURISDICTION

2.      The District Courts of the United States have original jurisdiction over this action based on complete diversity of citizenship between the parties as contemplated by 28 U.S.C. § 1332(a). The Plaintiff is now, and was at the time the lawsuit was filed, a citizen and resident of Dallas County, the State of Texas. (*See* Plaintiff's Petition, p. 1). Defendant Spinnaker is a foreign corporation that is incorporated in the State of Illinois, with its principal place of business in New Jersey. Accordingly, Spinnaker is a citizen of the State of Illinois and complete diversity exists.

3.      There being complete diversity between the Plaintiff and Defendant Spinnaker, this case is properly removed to the U.S. District Court for the Northern District of Texas, Dallas Division.

## III.
## REMOVAL PROPER

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) as an action wholly between citizens of different states with the matter in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

5.      Under 28 U.S.C. § 1441(a), the removed action is proper in this Court as the district and division embracing the place where the state court action is pending.

6.      Defendant Spinnaker, the removing party, will promptly give the parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). Spinnaker will promptly file a copy of this Notice of Removal with the clerk of 162nd District Court, Dallas County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

7.      Defendant hereby demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant Spinnaker Insurance Company, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes Cause No. DC-22-16589, *Dora Tijerina v. Spinnaker Insurance Company*, currently pending in the 162nd District Court, Dallas County, Texas to this Court for trial and determination.

Respectfully submitted,

**DAVID ALLEN LAW GROUP, PLLC**

By: */s/ David G. Allen*
        David G. Allen
        State Bar No.  00786972
        allen@dallenlg.com
        Brian G. Saucier
        State Bar No. 24037436
        saucier@dallenlg.com

        12222 Merit Drive, Suite 1200
        Dallas, Texas 75251
        (214) 748-5000 Telephone
        (214) 748-1421 Facsimile

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

On January 10, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


/s/ *David G. Allen*
David G. Allen
Brian G. Saucier